**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**COREY ANTOINE JONES, JR.**                                          **PETITIONER**

**V.**                                        **CIVIL ACTION NO. 3:24-CV-00217-GHD-JMV**

**STATE OF MISSISSIPPI, et al.**                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the petitioner's federal habeas petition is **DENIED**, and this matter is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

**SO ORDERED**, this the 28th day of April, 2025.

_____
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**